FILED

09/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0253

IN THE MATTERS OF C.B.,

A Youth in Need of Care.                    O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on September 11, 2020 , this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 11(6)(b) requires that the first page and cover of a brief must include ". . . the title of the case from the tribunal in which the case originated or from which an appeal is taken, adding the designations of the parties set forth in rule 2, and the name, the venue of the tribunal, and the judge in which the case originated or from which an appeal is taken . . . ." The Appellant's brief contained the incorrect name and venue of the tribunal and the judge who presided during the April 10, 2020 Order from which the appeal was taken.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
September 11 2020